Avery Brundage, appellant, v. South Park Commissioners, appellee. Gen. No. 35,448.

Opinion filed February 21, 1933.

Poppenhusen, Johnston, Thompson & Cole, for appellant; Edward R. Johnston and Edward J. Fleming, of counsel. George E. Gorman, for appellee; W. W. Patterson, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

Nick De Angelis, plaintiff in error, v. Clarence H. Ben Venuti, defendant in error. Gen. No. 36,024.

Opinion filed February 21, 1933.

Thomas C. Hollywood, for plaintiff in error; T. Fred Laramie, of counsel. Thompson, Tyrrell & Chambers, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

Ruth Anderson, defendant in error, v. Arthur Anderson, plaintiff in error. Gen. No. 36,169.

Opinion filed February 21, 1933.

Harry M. Phipps, for plaintiff in error. Benjamin H. Ehrlich, for defendant in error; Aaron H. Cohn, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

Bonnet-Brown Corporation, appellant, v. Press Record Publishing Company, appellee. Gen. No. 36,219.

Opinion filed February 21, 1933. Rehearing denied March 14, 1933.

J. B. Luse, for appellant. No appearance for appellee.

Mr. Justice Gridley delivered the opinion of the court.